M. F. Dozier, of Mobile, for appellant.

Johnston, McCall & Johnston, of Mobile, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

36 So.2d 607

**Thelma STIEFEL v. Melvin J. STIEFEL.**

8 Div. 396.

Supreme Court of Alabama.

May 20, 1948.

H. T. Foster, of Scottsboro, for appellant.

Joe M. Dawson, of Scottsboro, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

38 So.2d 195

**Ex parte TEXTILE UNION WORKERS OF AMERICA, C. I. O., et al.**

8 Div. 447.

Supreme Court of Alabama.

Oct. 4, 1948.

Hawkins & Copeland, of Gadsden, for petitioners.

PER CURIAM.

Petition dismissed, motion of petitioners.

36 So.2d 607

**Willie WATKINS et al. v. Omie WATKINS et al.**

8 Div. 377.

Supreme Court of Alabama.

July 26, 1948.

Orlan B. Hill and Mitchell & Poellnitz, all of Florence, for appellants.

Bradshaw & Barnett, of Florence, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellants.

36 So.2d 607

**Mary WILSON v. Ethel KEENON.**

6 Div. 614.

Supreme Court of Alabama.

April 20, 1948.

PER CURIAM.

Appeal dismissed, want of prosecution.